# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 2, 2023

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 20-1750 | JAQUELINE A. WATKINS,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02028<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 76.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 02/02/2023 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**    (form ID: **135**)